UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

ANGEL TORRES *also known as* Israel David   :

                  Plaintiff(s)   :   **JUDGMENT**

(vs)   :   Civil #09-03350   (RBK)

BAYSIDE STATE PRISON, ET AL.   :

                  Defendant(s)

---

The Hon. John W. Bissell, Special Master, appointed by this Court having found on December 16, 2011 and no timely objection having been filed,

IT IS, on this 21st day of March 2012

ORDERED that the report of Hon. John W. Bissell dated December 16, 2011 is hereby affirmed and Judgment of No Cause for Action be entered in favor of defendants **Bayside State Prison, et al.** and against plaintiff **Angel Torres a/k/a Israel David**.

                                               */s/ Robert B. Kugler*
                                           HON. ROBERT B. KUGLER, U.S.D.J.